AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Helen F. Ryfa
Plaintiff

v.

DSCYF/OPEI
Defendant(s)

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER:  05 - 458

I, Helen F. Ryfa, declare that I am the (check appropriate box)

☑ Petitioner/Plaintiff/Movant    ☐ Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☐ Yes   ☑ No   (If "No" go to Question 2)

    If "YES" state the place of your incarceration _____

    **Inmate Identification Number (Required):** _____

    Are you employed at the institution? ____ Do you receive any payment from the institution? ____

    *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions.*

2. Are you currently employed?   ☐ Yes   ☑ No

    a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

    b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
    June 16, 2005 Kelly Services, 34 Reads Way, New Castle DE 19720 (pay weekly)

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment    ☑ Yes   ☐ No
    b. Rent payments, interest or dividends             ☐ Yes   ☑ No
    c. Pensions, annuities or life insurance payments   ☐ Yes   ☑ No
    d. Disability or workers compensation payments      ☐ Yes   ☑ No
    e. Gifts or inheritances                            ☐ Yes   ☑ No
    f. Any other sources                                ☐ Yes   ☑ No

    If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

    Was employed as a substitute teacher during the school year.
    School year ended June 16, 2005.
    Employed by Kelly Services during school year Sept - June.
    Unknown if Delaware Autism Program will require a my services as a
    Long term substitute or if I will have to bid on different jobs
    each day.
    Full day pay is 83.00 per day. Full week pay is gross 415.00
    ~~Pay from June 30, 2004 to June 30, 2005 =~~
    I cannot forecast a specific amount due to the unpredictability
    of substitute Requests and availability
    Jan 1, 04 - Nov 24, 04 = Net 2925.74 > 8317.82  (17 months salary)
    Jan 20, 05 - June 23, 05 = Net 5392.08
    Attached is pay stubs + child care costs for next year (school

2005 JUL -1 PM 12:00
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?  ☑ Yes  ☐ No

If "Yes" state the total amount $ 488.00

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?  ☑ Yes  ☐ No

~~1995 Honda Passport - owe $1100.00~~

If "Yes" describe the property and state its value.
1995 Honda Passport - I owe $1,100.00 - UNKNOWN
1978 VW Beetle - NON RUNNING

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

M. R. - dAughter Age 10 = 4750.00 year
Cory D. Slaton - Son Age 20 = 2050.00 year
Frank Ryfa Jr. - Husband = 5520.00 year
Helen F. Ryfa - Self = 972.00 year

I declare under penalty of perjury that the above information is true and correct.

July 1, 2005                    Helen F. Ryfa
DATE                             SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.



# BEAR-GLASGOW FAMILY YMCA

*A branch of the YMCA of Delaware*

*We build strong kids, strong families, strong communities.*

Child: M_____ Ryfa_____
Site: Marshall
B ✓  A ✓  M  T  W  TH  F

Dear Helen/Frank Ryfa,

Thank you for registering your child for the 2005-2006 school year with the Bear-Glasgow Family YMCA. We have applied your ½ deposit to the last week in May & the first week in June 2006. The following is a breakdown of payments for the school year.

| | | | |
|---|---|---|---|
| September | $ 283 | February | $ 283 |
| October | $ 283 | March | $ 283 |
| November | $ 283 | April | $ 283 |
| December | $ 283 | May | $ 212.25  ½ deposit applied |
| January | $ 283 | June | $ 0 |

Your account is on:    ✓ Statement    ___ Bank Draft
Payments are due by the 1st of each month. A $25 late fee is applied after the 5th of the month. We do not send statements.

If you have any questions concerning your account, please feel free to contact our office @ 836 – YMCA.

Sincerely,

*Patricia W. Vozenjlek*
Patricia W. Vozenjlek
Office Manager

101 LaGrange Avenue
Newark, DE 19702
phone 302-836-YMCA
fax 302-836-9661
www.ymcade.org



| KELLY SERVICES | 1823 | P.O. BOX 17016 BALTIMORE, MD 21297-1016 | 09 | 11 25 04 MO. DAY YEAR VOID AFTER 60 DAYS | 60-162 433 | 03420329 |

EXACTLY  **********NON-NEGOTIABLE   DIRECT DEPOSIT**************

PAY TO THE ORDER OF

HELEN F RYFA
307 E SILVER FOX RD
NEWARK DE  19702-1455

PNC BANK, National Association
JEANNETTE, PA                                       PAYROLL ACCOUNT



| BRANCH NO. | SOCIAL SECURITY NO. | FEDERAL EXEMPTIONS | STATE EXEMPTIONS | CHECK DATE | CHECK NO. |
|---|---|---|---|---|---|
| 09  1823 | XXXXX4563 | S01 | S01 | 112504 | 03420329 |

| WEEK ENDING | ORDER NO. | REG. HRS. | O.T. HRS. | RATE | GROSS PAY | SUMMARY GROSS PAY |
|---|---|---|---|---|---|---|
| 112104 | A0290 | 5.00 | | 83.00 | 415.00 | 415.00 |

OFFICE

| FEDERAL W/H | FICA | STATE W/H | CITY W/H | OTHER TAX | TAXES |
|---|---|---|---|---|---|
| 38.88 | 31.75 | 10.59 | | | 81.22 |

| OTHER DEDUCTIONS | AMOUNT | NONTAXABLE REIMBURSEMENTS | ORDER NO. | WEEK ENDING | AMOUNT | OTHER DEDUCTIONS |
|---|---|---|---|---|---|---|
| | | | | | | |

NONTAX REIMBURSE

| YTD GROSS PAY | YTD FEDERAL W/H | YTD FICA | YTD STATE W/H | YTD CITY W/H | YTD OTHER TAX | NET PAY |
|---|---|---|---|---|---|---|
| 3493.00 | 241.42 | 267.21 | 58.63 | 1.03 | | 333.78 |

PAY DATES 11/15--11/21/2004
HELEN F RYFA                                                DEPOSIT DATE 11/29/04

