IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2005 JUL 21 PM 2:43

HELEN F. RYFA, )
)
    Plaintiff, )
)
v. ) Civ. No. 05-458-KAJ
)
DSCYF/OPEI, OFFICERS, AGENTS, )
and DIRECTORS, )
)
)
)
    Defendant. )

### ORDER

At Wilmington this 21st day of July, 2005, the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that:

1. The application is GRANTED.

2. Pursuant to Fed. R. Civ. P. 4(c)(2) and (d)(2), the plaintiff shall complete and return to the clerk of court an **original** "U.S. Marshal-285" form for **the** defendant, as well as for the Attorney General of the State of Delaware, 820 N. FRENCH STREET, WILMINGTON, DELAWARE, 19801, pursuant to DEL. CODE ANN. tit. 10 § 3103(c). Failure to submit the form(s) may provide grounds for dismissal of the lawsuit pursuant to Fed. R. Civ. P. 4(m). **The plaintiff shall provide the Court with two copies of the Complaint (D.I. 2) for service upon the defendant(s).**

Furthermore, the plaintiff is notified that the United States Marshal will not serve the Complaint until all "U.S. Marshal-285" forms have been received by the Clerk of the Court. Failure to provide the "U.S. Marshal-285" forms for each defendant within 120 days of this order may result in the complaint being dismissed or defendants being dismissed pursuant to Federal Rule of Civil Procedure 4(m).

       3. Upon receipt of the completed "U.S. Marshal-285" form(s), the United States Marshal shall serve a copy of the Complaint and this Order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

                                                                                 _____
                                                                                United States District Judge