OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

October 31, 2005

TO:

**Helen F. Ryfa**, Pro Se
Helen F. Ryfa
307 E. Silver Fox Road
Newark, DE 19702

    RE:  Receipt of U.S. Marshal 285 Forms - Deficiencies Noted
          *Civil Action #05-458 KAJ*

Dear Ms. Ryfa:

    The purpose of this letter is to acknowledge receipt of your completed U.S. Marshal 285 form(s) for defendants DSCYF/OPEI Officer-Agents-Directors.

    We have **not received** a U.S. Marshal 285 for Attorney General of the State of Delaware, or 2nd copy of your complaint, as required by the Court's order dated 7/21/05 (see copy enclosed). A blank form is enclosed for your use. Once **all** of your U.S. Marshal 285 forms have been received, the forms along with a copy of this letter will be forwarded to the U.S. Marshal's office for service in accordance with orders of the Court.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                                             Sincerely,

BY: _____
    Deputy Clerk

                                                        PETER T. DALLEO
                                                        CLERK

/rbe

✓cc:  The Honorable Kent A. Jordan, CA 05-458 KAJ

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2005 JUL 21  PM 2:43

| | |
|---|---|
| HELEN F. RYFA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 05-458-KAJ |
| ) | |
| DSCYF/OPEI, OFFICERS, AGENTS, ) | |
| and DIRECTORS, ) | |
| ) | |
| Defendant. ) | |

ORDER

At Wilmington this 21st day of July, 2005, the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that:

1. The application is GRANTED.

2. Pursuant to Fed. R. Civ. P. 4(c)(2) and (d)(2), the plaintiff shall complete and return to the clerk of court an **original** "U.S. Marshal-285" form for **the** defendant, as well as for the Attorney General of the State of Delaware, 820 N. FRENCH STREET, WILMINGTON, DELAWARE, 19801, pursuant to DEL. CODE ANN. tit. 10 § 3103(c). Failure to submit the form(s) may provide grounds for dismissal of the lawsuit pursuant to Fed. R. Civ. P. 4(m). **The plaintiff shall provide the Court with two copies of the Complaint (D.I. 2) for service upon the defendant(s).**

Furthermore, the plaintiff is notified that the United States Marshal will not serve the Complaint until all "U.S. Marshal-285" forms have been received by the Clerk of the Court. Failure to provide the "U.S. Marshal-285" forms for each defendant within 120 days of this order may result in the complaint being dismissed or defendants being dismissed pursuant to Federal Rule of Civil Procedure 4(m).

    3. Upon receipt of the completed "U.S. Marshal-285" form(s), the United States Marshal shall serve a copy of the Complaint and this Order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

_____
United States District Judge

| UNITED STATES MARSHALS SERVICE PROCESS RECEIPT and RETURN | last (No. 5) copy of this form. Please type or print legibly, Insuring readability of all copies. Do not detach any copies. | | |
|---|---|---|---|
| PLAINTIFF  Your full name i.e., John A. Doe. | | COURT CASE NUMBER | (District Leave blank. Court assign |
| DEFENDANT  Name of person being sued; James J. Brown.(et.al) | | TYPE OF PROCESS Order/Complaint)(or OC) | |
| SERVE  AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN  * James J. Brown,; Corr. Officer  ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)  DCC                                      *= This name changes each time for each individual being sued. | | |
| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:  Your Name & Address  (so that copies can be returned to you, when service is completed) | | Number of process to be served with this Form-285 | 1 (always) |
| | | Number of parties to be served in this case | 5 ** |
| | | Check for service on U.S.A. | leave blank |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

PAUPER CASE (fill in these words)      **= insert number of people being sued, i.e. from 2,3,4..

SAMPLE

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT

Sign Your Name

TELEPHONE NUMBER: Fill in      DATE: Fill in

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the Individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above. (See remarks below)

Name and title of Individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service | Time | am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |

REMARKS:

*Sample*

PRIOR EDITIONS MAY BE USED     1. CLERK OF THE COURT     FORM USM-285 (Rev. 6/15/7

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| DEFENDANT | TYPE OF PROCESS |

**SERVE ➡ AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                         Fold

Signature of Attorney or other Originator requesting service on behalf of:   ☐ PLAINTIFF   ☐ DEFENDANT    TELEPHONE NUMBER    DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. ___ | District to Serve No. ___ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)       ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)     Date of Service    Time    am / pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

**PRIOR EDITIONS MAY BE USED**        **1. CLERK OF THE COURT**        **FORM USM-285 (Rev. 12/15/80)**