OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

November 17, 2005

TO: Helen F. Ryfa
    307 E. Silver Fox Road
    Newark, DE 19702

RE:  U.S. Marshal 285 Forms
     *Civil Action #05-458(KAJ)*

Dear Ms. Ryfa:

Please be advised that this office has received all required U.S. Marshal 285 forms in the above referenced case.

Your complaint along with the U.S. Marshal 285 forms will be forwarded to the U.S. Marshal for service in accordance with the Court's orders. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Kent A. Jordan
    U.S. Marshal
    Pro Se Law Clerk