## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HELEN F. RYFA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A.No. 05-458-KAJ |
| | : | |
| DSCYF/OPEI, and all its OFFICERS, | : | |
| AGENTS, DIRECTORS, | : | |
| | : | |
| Defendant. | : | |

## A N S W E R

Defendant, State of Delaware, Department of Services for Children, Youth and their Families [hereafter "DSCYF"], answers the complaint as follows:

1.      This is a legal conclusion for which no response is required.

2.      This is a legal conclusion for which no response is required.

3.      DSCYF's lawful description and responsibilities are set forth in the Delaware Code.

4.      This is a legal conclusion for which no response is required.

5.      Denied, that answering defendant discriminated against the plaintiff. As to the balance of the paragraph, answering defendant is without sufficient information to form a belief as to its truth.

6.      Denied that plaintiff was timely regarding the initiation and exhaustion of her administrative remedies.

7.    This is a legal conclusion for which no response is required.

8.    Denied.

## First Defense

9.    The complaint fails to state a legal claim for which relief can be granted.

## Second Defense

10.    The plaintiff has failed to properly exhaust her administrative remedies as required by law.

## Third Defense

11.    The matter is in whole, or in part, time barred under the appropriate statute of limitation, or repose or by some administrative time requirement.

## Fourth Defense

12.    The matter is barred by the Eleventh Amendment to the U.S. Constitution.

## Fifth Defense

13.    The district court lacks jurisdiction under Art. III, § 2, clause 2.

## Sixth Defense

14.    Some of the named defendants lack the legal capacity to be sued.

WHEREFORE, the defendant asks for judgment in its favor for all that is just and proper, including dismissal of the action and assessment of costs against the plaintiff.

**STATE OF DELAWARE**
**Department of Justice**

/s/ Marc P. Niedzielski
Marc P. Niedzielski (# 2616)
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE  19801
(302)  577-8324
marc.niedzielski@state.de.us

DATED: January 17, 2006

## NOTICE OF SERVICE

The undersigned certifies that on January 17, 2006, he caused two (2) copies of the Answer by DSCYF to be served on the following person in the form and manner indicated:

### NAME AND ADDRESS OF RECIPIENT(S):

| | |
|---|---|
| Helen F. Ryfa<br>307 E. Silver Fox Road<br>Newark, DE  19702 | |

### MANNER OF DELIVERY:

_____  One true copy by facsimile transmission to each recipient

_X_  Two true copies by first class mail, postage prepaid, to each recipient

_____  Two true copies by hand delivery to each recipient

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

__/s/ Marc P. Niedzielski____
Marc P. Niedzielski, I.D. #2616
Deputy Attorney General
Carvel State Office Building
820 N.  French Street, 6th floor
Wilmington, DE 19801
(302) 577-8400
Attorney for DSCYF