## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
KENT A. JORDAN
DISTRICT JUDGE

LOCKBOX 10
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

January 19, 2006

Ms. Helen F. Ryfa
307 E. Silver Fox Road
Newark, DE  19702

Marc P. Neidzielski, Esq.
Deputy Attorney General
820 N. French Street - 6th Fl.
Wilmington, DE  19801

Re:  Helen F. Ryfa v. DSCYF/OPEI
     Civil Action No. 05-458-KAJ

Dear Ms. Ryfa and Counsel:

    I have been assigned the captioned case and enclose for your consideration a form of Scheduling Order. Please confer and jointly call my secretary within ten days of the date of this letter to schedule a telephone conference to discuss dates you recommend be adopted in the Order.

Very truly yours,

Kent A. Jordan

KAJ:cas
Enclosure
cc:  Clerk of the Court