


# STATE OF DELAWARE
### DEPARTMENT OF JUSTICE

### CARL C. DANBERG
Attorney General

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19904 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

March 13, 2006

**PLEASE REPLY TO:**   New Castle Office - Civil Division

*Via Electronic Delivery*
The Honorable Kent A. Jordan
U.S. Courthouse
844 North King Street
Wilmington, DE 19801

      RE:    <u>Helen F. Ryfa v. DSCYF</u>, C.A. No. 05-458-KAJ

Dear Judge Jordan:

This matter is scheduled for a telephone conference on March 15, 2006 @ 3:30 p.m. The parties have conferred on the proposed scheduling order. We have reached agreement on the following:

2. Joinder of parties – April 21, 2006

3. Discovery

    a. 15 hours of deposition time for each party

    b. plaintiff is permitted to conduct depositions in defense counsel's office.

    c. Discovery cut-off – August 31, 2006

7. Interim Status Report – May 26, 2006

8. Status Conference – July 17, 2006

9. Case dispositive Motions – September 29, 2006

The parties have also agreed that plaintiff does not need to formally serve defendant with discovery requests. Instead, Ms. Ryfa can simply write a letter to me and simply number her requests, and copy the clerk's office.

LR 5.4 would require the parties to file all discovery responses with the clerk's office. Unfortunately, most of the documents defendant intends on producing contain private information that would require filing under seal. It may make sense to lift the requirement of filing discovery responses with the Court and instead serving them on counsel or party as is done in non-pro se cases.

Additionally, for all telephone conferences, defense counsel will make the conference calls.

Very truly yours,

/s/ Marc P. Niedzielski
Deputy Attorney General

cc: Helen F. Ryka (by e-mail)