

# STATE OF DELAWARE
### DEPARTMENT OF JUSTICE

**CARL C. DANBERG**
Attorney General



| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19904 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:**   New Castle County

March 27, 2006

The Honorable Kent A. Jordan
United States District Court
844 N. King Street
Wilmington, DE 19801

Re:   **Ryfa v. DSCYF/OPEI**
      **C.A. No. 05-458-KAJ**

Dear Judge Jordan:

Enclosed please find for your review a proposed Stipulation and Order as to Confidentiality which has been signed by the parties.

Thank you.

Respectfully submitted,

/s/ Marc Niedzielski
Marc Niedzielski (ID# 2616)
Deputy Attorney General
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8324
marc.niedzielski@state.de.us

xc:   Clerk of Court (via electronic delivery)
      Helen Ryfa (via U.S. Mail)