IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HELEN F. RYFA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A.No. 05-458-KAJ |
| | : | |
| DSCYF/OPEI, and all its OFFICERS, AGENTS, DIRECTORS, | : | |
| | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SERVICE

The undersigned certifies that on March 31, 2006, he caused the **DEFENDANT'S RULE 26(a) DISCLOSURES** and documents marked D00001 – D01373 to be delivered to the following person via hand delivery:

Helen F. Ryfa
307 E. Silver Fox Road
Newark, DE  19702

                      STATE OF DELAWARE
                      DEPARTMENT OF JUSTICE

                      __/s/ Marc P. Niedzielski____
                      Marc P. Niedzielski, I.D. #2616
                      Deputy Attorney General
                      Carvel State Office Building
                      820 N.  French Street, 6th floor
                      Wilmington, DE 19801
                      (302) 577-8400
                      Attorney for Defendant