

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HELEN F. RYFA,                      (
                                    (
            Plaintiff,               (
                                    (
v.                                  (    C.A.No. o5-458-KAJ
                                    (
DSCYF/OPEI, and all its             (
OFFICERS, AGENTS, DIRECTORS         (
                                    (
            Defendant,               (

Plaintiff makes the following initial disclosures to Defendant:

**Documents:**

1) Plaintiff's EEOC File.                                          \_\_\_pages
2) Plaintiff's email interactions with DSCYF.                      \_\_\_pages
3) Plaintiff's employment evaluations by staff from OPEI.          \_\_\_pages
4) Plaintiff's financial records concerning:                       \_\_\_pages
   a) salary statement from Social Security                        \_\_\_pages
   b) Rise in mortage payments due to refinancing
      two times.                                                   \_\_\_pages
   c) Credit card bills                                             \_\_\_pages
   d) Witness list:
      1)   Edward Atwood
      2)   Mike Cattermole
      3)   O.C. Abraham
      4)   Hays Grapperhaus
      5)   John Bates
      6)   Melanie Thomas
      7)   Malisa Knox
      8)   Cynthia Scheffler
      9)   Joyce Hawkins
      10)  Linda Payne
      11)  Jackie Cousin
      12)  Norwood Coleman
      13)  Susan Jones
      14)  Faye Quartermain
      15)  Evangeline Draper Hawthorne (EEOC)

*483 total pages*

FILED
APR 6 - 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

scanned

5) Remedy

a) FCT Back Pay from June 2002 to when legal action ceases. Including Pension accrual.
b) All Medical, Dental, Insurance, Pension, Sick Leave, Vacation Leave, Holiday pay (12 per year avg), Overtime, Trainings per year (2 weeks in summer),
c) State Service years re-instated.
d) Social Security (12.4%) & Medicare (2.9%)
e) Credit cards used in lieu of salary to pay medical/childcare/clothing/food/bills (3)
f) Cost in difference of refinancing due to loss in income from June 2002.
g) Front pay of $6,083.00 from present until age of retirement at 72 as set forth by US Dept. Of Labor. (27 years)
h) Interest on all monies from June 2002 to current.
i) Monies for general damages for loss of professional reputation/ inability to fund son's college tuition and board requiring personal loans from family members totaling almost $60,000.00. college costs.

Dated this  3rd  day of  April , 2006 .

Helen F Ryfa
Plaintiff

Marc Niedzielski, DAG
DEPARTMENT OF JUSTICE
STATE OFFICE BUILDING
820 N. French Street
Wilmington, DE 19801-3509

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2006 I caused (1) copy of the foregoing hand delivered to defendant's counsel, Asst. Deputy Attorney General Marc Niedzielski and (2) other paper copies of the foregoing **Request for Discovery** to be sent to the clerk's office by first class mail.

**BY HAND**
**On March 31, 2006**
Marc Niedzielski, DAG
DEPARTMENT OF JUSTICE
STATE OFFICE BUILDING
820 N. French Street
Wilmington, DE 19801-3509

**By Mail**
On April 4, 2006
Office of the Clerk
United States District Court
844 n. King Street
Wilmington, DE
19801