IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HELEN F. RYFA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A.No. 05-458-KAJ |
| | : | |
| DSCYF/OPEI, and all its OFFICERS, AGENTS, DIRECTORS, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SERVICE

The undersigned certifies that on May 31, 2006, he caused the **DEFENDANT'S RESPONSES TO PLAINTIFF'S 1ST DISCOVERY REQUESTS** electronically and documents marked D01374 – D03011 to be delivered to the following person via hand delivery:

Helen F. Ryfa
307 E. Silver Fox Road
Newark, DE  19702

                         STATE OF DELAWARE
                         DEPARTMENT OF JUSTICE

                         /s/ Marc P. Niedzielski
                         Marc P. Niedzielski, I.D. #2616
                         Deputy Attorney General
                         Carvel State Office Building
                         820 N. French Street, 6th floor
                         Wilmington, DE 19801
                         (302) 577-8400
                         Attorney for Defendant