IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HELEN F. RYFA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A.No. 05-458-KAJ |
| | : | |
| DSCYF/OPEI, and all its OFFICERS, AGENTS, DIRECTORS, | : | |
| | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SERVICE

The undersigned certifies that on June 5, 2006, he caused a CD with e-mails and a paper list of deleted e-mails (that were deleted by counsel due to privilege, confidentiality, privacy or relevancy grounds) to be delivered to the following person via U.S. Mail:

Helen F. Ryfa
307 E. Silver Fox Road
Newark, DE  19702

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

  /s/ Marc P. Niedzielski
Marc P. Niedzielski
Deputy Attorney General
Carvel State Office Building
820 N.  French Street, 6th floor
Wilmington, DE 19801
(302) 577-8400
Attorney for Defendant