**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| HELEN F. RYFA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A.No. 05-458-KAJ |
| | : | |
| DSCYF/OPEI, and all its OFFICERS, AGENTS, DIRECTORS, | : | |
| | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF SERVICE**

The undersigned certifies that on June 7, 2006, he caused the **DEFENDANT'S 1ST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION DIRECTED TO PLAINTIFF** to be served by e-mail on the following person:

Helen F. Ryfa
307 E. Silver Fox Road
Newark, DE  19702
ryfah@christina.k12.de.us

    STATE OF DELAWARE
    DEPARTMENT OF JUSTICE

     /s/ Marc P. Niedzielski
    Marc P. Niedzielski, I.D. #2616
    Deputy Attorney General
    Carvel State Office Building
    820 N.  French Street, 6th floor
    Wilmington, DE 19801
    (302) 577-8400
    Attorney for Defendant