


**STATE OF DELAWARE**
DEPARTMENT OF JUSTICE

**CARL C. DANBERG**
Attorney General

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19904 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

July 3, 2006

PLEASE REPLY TO:   New Castle Office - Civil Division

*Via Electronic Delivery*
The Honorable Kent A. Jordan
U.S. Courthouse
844 North King Street
Wilmington, DE 19801

    RE:   **Helen F. Ryfa v. DSCYF**, C.A. No. 05-458-KAJ

Dear Judge Jordan:

    This matter is scheduled for status telephone conference on July 10, 2006 @ 4:30 p.m. Please allow this to serve as defendant's interim report.

    The parties are in discovery and are actively engaged in the mediation process. Defendant does foresee any discovery problems with the cut-off on August 31, 2006.

                                    Very truly yours,

                                    /s/ Marc P. Niedzielski
                                  Deputy Attorney General

cc: Helen F. Ryfa (by e-mail)