IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE



| | |
|---|---|
| HELEN F. RYFA,: | |
| Plaintiff, | |
| v. | C.A. No. 05-458-KAJ |
| DSCYF/OPEI and all of its OFFICERS AGENTS, DIRECTORS, | |
| Defendants, | |

July 3, 2006

The Honorable Kent A. Jordan
U.S. Courthouse
844 North King Street
Wilmington, DE 19801

**RE:  Interim Status Report**

Dear Judge Jordan:

    This matter is scheduled for status telephone conference on July 10, 2006 @ 4:30 p.m. Please allow this to serve as the interim report. Mediation occurred on June 15, 2006 and was not resolved satisfactorily to either party. The parties have also been in discovery and significant issues of time delays have occurred. This has placed considerable delays in plaintiff's ability to process information in a timely manner. Plaintiff has also encountered difficulty in locating a previous medical witness slated for medical testimony. Plaintiff respectfully request that discovery cut-off of August 3, 2006 is extended as the court will allow.

                                            Very truly yours,

                                            Helen Ryfa, plaintiff

cc:  Marc Niedzielski,
     DAG office on July 3, 2006
     District Court Clerk Office, In person July 3, 2006



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HELEN F. RYFA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 05-458-KAJ |
| | : | |
| DSCYF/OPEI and all of its OFFICERS AGENTS, DIRECTORS, | : | |
| | : | |
| Defendants, | : | |

## NOTICE OF SERVICE

    The undersigned certifies that on July 3, 2006, she delivered Interim Status Report to: Defendant's attorney, DAG, Marc P. Neidzielski's office, located at, Carvel State Building, 820 N. French Street, 6th floor, Wilmington, Delaware 19801

*Helen Ryfa*

Helen Ryfa, plaintiff