IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HELEN F. RYFA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-458-KAJ |
| ) | |
| DSCYF/OPEI, and all its OFFICERS, ) | |
| AGENTS, DIRECTORS, ) | |
| ) | |
| Defendants. ) | |

### FIRST AMENDED SCHEDULING ORDER

At Wilmington this 11th day of July, 2006,

IT IS ORDERED that the court's March 23, 2006 Scheduling Order (D.I. 14), be amended as follows:

1.  Discovery

    a.  Discovery Cut Off. All discovery in this case shall be initiated so that it will be completed on or before September 15, 2006.

2.  Case Dispositive Motions. All case dispositive motions, an opening brief, and affidavits, if any, in support of the motion shall be served and filed on or before October 13, 2006. Briefing will be presented pursuant to the Court's Local Rules.

All other deadlines as set forth in the court's March 23, 2006 Scheduling Order (D.I. 14) shall remain in effect.

_____
UNITED STATES DISTRICT JUDGE