# STATE OF DELAWARE
### DEPARTMENT OF JUSTICE

**CARL C. DANBERG**
Attorney General

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19904 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

August 8, 2006

PLEASE REPLY TO: New Castle Office - Civil Division

*Via Electronic Delivery*
The Honorable Kent A. Jordan
U.S. Courthouse
844 North King Street
Wilmington, DE 19801

RE:   **Helen F. Ryfa v. DSCYF**, C.A. No. 05-458-KAJ

Dear Judge Jordan:

This matter is scheduled for a telephone conference on Monday, August 14, 2006 @ 11:30. The reason for the conference is that Ms. Ryfa has informed me that she has a number of medical issues that will require the matter be stayed for a period of time and removed from the trial track.

I have filed the plaintiff's supporting medical documents under seal.

Very truly yours,

/s/ Marc P. Niedzielski
Deputy Attorney General

cc: Helen F. Ryfa