# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HELEN F. RYFA, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A.No. 05-458-KAJ |
| | : |
| DSCYF/OPEI, and all its OFFICERS, AGENTS, DIRECTORS, | : |
| | : |
| Defendant. | : |

## DOCUMENT FILED UNDER SEAL

STATE OF DELAWARE
**Department of Justice**

/s/ Marc P. Niedzielski
Marc P. Niedzielski (# 2616)
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE  19801
(302)  577-8324
marc.niedzielski@state.de.us

DATED:  August 8, 2006