IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HELEN F. RYFA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-458-KAJ |
| | ) |
| DSCYF/OPEI, and all its OFFICERS, | ) |
| AGENTS, DIRECTORS, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington, this 14th day of August, 2006

For the reasons set forth by the Court during the teleconference today,

IT IS HEREBY ORDERED that:

1. The parties' joint request to stay this action until further notice is GRANTED.

2. Plaintiff's motion for leave to amend complaint (D.I. 22) is DENIED without prejudice.

_____
UNITED STATES DISTRICT JUDGE