IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HELEN F. RYFA, | : |
| Plaintiff, | : |
| v. | : C.A.No. 05-458-KAJ |
| DSCYF/OPEI, and all its OFFICERS, AGENTS, DIRECTORS, | : |
| Defendant. | : |

STIPULATION OF DISMISSAL

Pursuant to Rule 41, the parties hereby stipulate and agree to dismiss this matter with prejudice and each party will bear their own costs including attorney fees.

FOR THE PLAINTIFF:

*/s/ Helen F. Ryfa*
Helen F. Ryfa

LINDA L. COOK  12/14/06
Notary Public - State of Delaware
My Comm. Expires Feb. 14, 2008

DATED: November 30, 2006

FOR THE DEFENDANT:

*/s/ Marc P. Niedzielski*
Marc P. Niedzielski
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE 19801
Attorney for Defendant