# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:05-cv-00458-***
### Internal Use Only

| | |
|---|---|
| Ryfa v. DSCYF/OPEI | Date Filed: 07/01/2005 |
| Assigned to: Vacant Judgeship | Date Terminated: 12/18/2006 |
| Referred to: Honorable Mary Pat Thynge | Jury Demand: Plaintiff |
| Cause: 42:2000 Job Discrimination (Race) | Nature of Suit: 442 Civil Rights: Jobs |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Helen F. Ryfa**            represented by   **Helen F. Ryfa**
Helen F. Ryfa
307 E. Silver Fox Road
Newark, DE 19702
302-292-2282
PRO SE

V.

**Defendant**

**DSCYF/OPEI**            represented by   **Marc P. Niedzielski**
*Officers, Agents, Directors*
Department of Justice
820 N. French St.
Wilmington, DE 19801
(302) 577-8400
Email: marc.niedzielski@state.de.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/01/2005 | 1 | MOTION for Leave to Proceed in forma pauperis - filed by Helen F. Rufa. (els, ) (Entered: 07/01/2005) |
| 07/01/2005 | 2 | COMPLAINT filed with exhibits with Jury Demand against DSCYF/OPEI - filed by Helen F. Rufa.(els, ) (Entered: 07/01/2005) |
| 07/06/2005 | | Case assigned to Judge Kent A. Jordan. Please include the initials of the Judge (KAJ) after the case number on all documents filed. (bkb, ) (Entered: 07/07/2005) |
| 07/21/2005 | 3 | ORDER, Application to Proceed Without Prepayment of Fees GRANTED; plaintiff shall return to Clerk original USM 285 form(s) for Deft & DE AG. Upon receipt, the U.S. Marshal shall serve process as directed by plaintiff. (Copy to pltf. with blank 285's). Signed by Judge Kent A. Jordan on 7/21/05. (rwc, ) Modified on 10/31/2005 (rbe, ). (Entered: 07/21/2005) |
| 10/31/2005 | | Remark: USM Form 285 for DSCYF/OPEI Officers-Agents-Directors, and one copy of the complaint received. Clerk's Office to issue deficiency letter for AG's 285 form and copy of complaint still needed. (rbe, ) (Entered: 10/31/2005) |
| 10/31/2005 | 4 | Letter dated 10/31/05 to Helen F. Ryfa from Clerk regarding acknowledging receipt of USM 285 form for defendant; USM form 285 still required for DE Attorney General. (rwc, ) (Entered: 11/01/2005) |

| | | |
|---|---|---|
| | | (Niedzielski, Marc) (Entered: 04/03/2006) |
| 04/06/2006 | 20 | INITIAL DISCLOSURES pursuant to Rule 26 by Helen F. Ryfa.(ntl, ) (Entered: 04/10/2006) |
| 04/06/2006 | 21 | REQUEST for Production of Documents directed to DSCYF/OPEI by Helen F. Ryfa.(ntl, ) (Entered: 04/10/2006) |
| 04/21/2006 | 22 | MOTION for Leave to File Amended Complaint - filed by Helen F. Ryfa. (Attachments: # 1 Amended Complaint)(rwc, ) (Entered: 04/24/2006) |
| 05/05/2006 | 23 | ORDER Setting Mediation Conferences: Mediation Conference set for 6/15/2006 10:00 AM in Courtroom 6C before Honorable Mary Pat Thynge. Signed by Judge Mary Pat Thynge on 5/5/2006. (cab, ) (Entered: 05/05/2006) |
| 06/02/2006 | 24 | NOTICE OF SERVICE of Responses to Plaintiff's First Request for Discovery re 21 Request for Production of Documents by DSCYF/OPEI. Related document: 21 Request for Production of Documents filed by Helen F. Ryfa,.(Niedzielski, Marc) (Entered: 06/02/2006) |
| 06/07/2006 | 25 | NOTICE OF SERVICE of e-discovery requests by DSCYF/OPEI.(Niedzielski, Marc) (Entered: 06/07/2006) |
| 06/07/2006 | 26 | NOTICE OF SERVICE of Defendant's 1st Set of Discovery Directed to Plaintiff by DSCYF/OPEI.(Niedzielski, Marc) (Entered: 06/07/2006) |
| 07/03/2006 | 27 | Letter to The Honorable Kent A. Jordan from Marc P. Niedzielski regarding interim status. (Niedzielski, Marc) (Entered: 07/03/2006) |
| 07/03/2006 | 28 | INTERIM STATUS REPORT - filed by Helen F. Ryfa. (rwc, ) (Entered: 07/03/2006) |
| 07/10/2006 | | Minute Entry for proceedings held before Judge Kent A. Jordan : Status Teleconference held on 7/10/2006. (Court Reporter B. Gaffigan.) (rwc, ) (Entered: 07/11/2006) |
| 07/11/2006 VOID | 29 | STENO NOTES for 7/10/06 filed by Court Reporter: B. Gaffigan. (Notes on file in Clerk's Office) (rwc, ) (Entered: 07/11/2006) |
| 07/11/2006 | 30 | AMENDED SCHEDULING ORDER - Resetting Scheduling Order Deadlines : Discovery due by 9/15/2006. Dispositive Motions due by 10/13/2006. Signed by Judge Kent A. Jordan on 7/11/06. (rwc, ) (Entered: 07/11/2006) |
| 08/08/2006 | 31 | Letter to The Honorable Kent A. Jordan from Marc P. Niedzielski regarding plaintiff's medical issues. (Attachments: # 1)(Niedzielski, Marc) (Entered: 08/08/2006) |
| 08/08/2006 | ✗ 32 | SEALED EXHIBIT - in support of 31 Letter - filed by DSCYF/OPEI. (rwc, ) (Entered: 08/08/2006) |
| 08/08/2006 | | CORRECTING ENTRY: DI# 31 Sealed Exhibit to letter was re-docketed as DI# 32. (Sealed documents must be docketed separate from public documents and each should have its own docket item number). (rwc, ) (Entered: 08/08/2006) |
| 08/14/2006 VOID | 33 | STENO NOTES for 8/14/06 filed by Court Reporter: B. Gaffigan. (Notes on file in Clerk's Office) (rwc, ) (Entered: 08/14/2006) |
| 08/14/2006 | | Minute Entry for proceedings held before Judge Kent A. Jordan : Status Teleconference held on 8/14/2006. (Court Reporter B. Gaffigan.) (rwc, ) (Entered: 08/14/2006) |
| 08/14/2006 | 34 | ORDER STAYING CASE - and denying without prejudice 22 MOTION for Leave to Amend Complaint. Signed by Judge Kent A. Jordan on 8/14/06. (rwc, ) (Entered: 08/14/2006) |
| 12/15/2006 | 35 | [1:05-cv-458-***]: Please note that, in accordance with the attached standing order, this case has been designated as one to be assigned to the judge who fills the vacancy left by the elevation of Judge Kent A. Jordan to the United States Court of Appeals for the |