UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE
19801
(302) 573-6170

August 30, 2007

**Marc P. Niedzielski**, ESQ.
Department of Justice
Email: marc.niedzielski@state.de.us

RE: **Ryfa v. DSCYF/OPEI**
Civ. No. **05-cv-00458-KAJ**

Dear Counsel:

Pursuant to the Order entered on 7/20/2007 by the Honorable Mary Pat Thyne, the following documents are herewith being returned to you:

ITEMS: 32.

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: *Evette Walker*

I hereby acknowledge receipt of the above mentioned documents on AUG 3 0 2007.

*Jennifer Mitchell*
Signature